JOAN B. TUCKER FIFE (SBN: 144572)
jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400

EMILIE C. WOODHEAD (SBN: 240464)
ewoodhead@winston.com
HWANNIE SHEN (SBN: 222342)
hshen@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KAYE LYNN LACROSS, an individual,<br><br>                Plaintiff,<br><br>     v.<br><br>U.S. BANK NATIONAL ASSOCIATION, a national banking association, and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 5:16-cv-628 JFW (KKx)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER |

**ORDER**

The Stipulated Protective Order Concerning Discovery and Confidential Information and Order is hereby approved and adopted.

**IT IS SO ORDERED.**

Dated: August 4, 2016

_____
Hon. Kenly Kiya Kato
U. S. Magistrate Judge