JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYE LYNN LACROSS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, et al.,<br><br>　　　　　　Defendants. | Case No.: 5:16-cv-00628-JFW-KK<br><br>Assigned to:<br>Hon. John F. Walter<br>Courtroom: 16<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

IT IS HEREBY ORDERED that the Complaint for Damages filed by Plaintiff, KAYE LYNN LACROSS, against Defendant, U.S. BANK NATIONAL ASSOCIATION, be and hereby is dismissed in its entirety, with prejudice.

Dated: December 27, 2016

_____
JUDGE JOHN F. WALTER